UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTRELLA EUGENIO,
Plaintiff,

v.

SPROUTS FARMERS MARKET, INC.,
Defendant.

Case No. 5:26-cv-10178-EKL

**ORDER REMANDING ACTION TO SANTA CLARA COUNTY SUPERIOR COURT**

Plaintiff Estrella Eugenio filed this putative class action against Defendant Sprouts Farmers Market, Inc., alleging that Defendant installs third-party trackers on individuals' internet browsers when they visit the website https://www.sprouts.com/ in violation of the Wiretap Act, 18 U.S.C. § 2510 *et seq.*, and various state laws. Plaintiff initially filed a complaint in the Superior Court of California, County of Santa Clara. Not. of Removal at 1, ECF No. 1. Defendant then removed the action based on federal question jurisdiction and under the Class Action Fairness Act, 28 U.S.C. § 1332(d). *Id.*

A review of the complaint raised concerns regarding whether Plaintiff had sufficiently alleged a concrete injury for purposes of Article III standing, and the Court ordered Defendant to show cause as to why the action should not be remanded to the Santa Clara County Superior Court for lack of subject matter jurisdiction. Order to Show Cause, ECF No. 16. Defendant timely filed a response to the order to show cause. Response, ECF No. 17. In its response, Defendant agreed that Plaintiff had not sufficiently pled concrete harm and therefore lacked Article III standing. *Id.* at 1. Defendant does not oppose remanding the action to state court. *Id.* Under 28 U.S.C. § 1447(c) and controlling Ninth Circuit precedent, remand to Santa Clara Superior Court is appropriate. "If at any time before final judgment it appears that the district court lacks subject

United States District Court
Northern District of California

United States District Court
Northern District of California

matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c); *see also Sauk-Suiattle Indian Tribe v. City of Seattle*, 56 F.4th 1179, 1189 (9th Cir. 2022). Accordingly, this action is REMANDED to the Santa Clara County Superior Court for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: November 13, 2026

EUMI K. LEE
United States District Judge